UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NURUL ISLAM,

                         Plaintiff,

           -against-

QUAILITY BRANDED *doing business as*
CHICKEN FINGER,

                         Defendant.

-----------------------------------------------------------------X

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**19-CV-9570 (PAE) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light the Notice if Voluntary Dismissal filed on November 15, 2019 (doc. no 10) the Initial Case Management Conference currently scheduled for **January 21, 2020** is hereby adjourned *sine die*.

**The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff: Nurul Islam at the following address: 107-62 117th Street, 2nd Floor, South Richmond Hill, NY 11419.**

Dated: New York, New York
          November 18, 2019

                                        SO ORDERED.

                                        *Katharine H Parker*
                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2019